MR

EW

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**RECEIVED**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

JUN 04 2024 EW

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

_Eugene Nathaniel Arnold III_
_Hors-De-combat protected Person_

**24-cv-4614**
**Judge Alonso**
**Magistrate Judge Appenteng**
**RANDOM/CAT 3/PC 8**

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Case No: _____
(To be supplied by the Clerk of this Court)

_Kwame Raoul_
_Office of Attorney General IN REM_
_Thomas J. Dart_
_Office of Sheriff IN REM_
_J.B Pritzker_
_Office of Governor IN RE_

(Enter above the full name of ALL
defendants in this action. **Do not**
use "et al.")

_Bufford,_
_Cook County Sheriff Sergeant_

**CHECK ONE ONLY:**

☒ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
U.S. Code (state, county, or municipal defendants)

_____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
**28 SECTION 1331 U.S. Code** (federal defendants)

_____ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**I.   Plaintiff(s):**

A.   Name: _Eugene nathaniel Arnold III_

B.   List all aliases: _Supreme Eugene_

C.   Prisoner identification number: _____

D.   Place of present confinement: _Cook County Department of correction_

E.   Address: _2700 S. California Ave chicago, Illinois 60608_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II.   Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A.   Defendant: _Kwame Raoul_

Title: _Office of Attorney General IN REM_

Place of Employment: _500 South Second Street, Springfield IL_

B.   Defendant: _Thomas J. Dart_

Title: _Office of Sheriff IN REM_

Place of Employment: _Cook County Sheriff's office 50 W. Washington_

C.   Defendant: _J.B. Pritzker_

Title: _Office of Governor IN REM_

Place of Employment: _207 State House Springfield, IL 62706_

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2                                                                 Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**I.  Plaintiff(s):**

A.  Name: _____

B.  List all aliases: _____

C.  Prisoner identification number: _____

D.  Place of present confinement: _____

E.  Address: _____

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

*continue from page 2*

**II.  Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

*5th* Defendant: *Bufford*

Title: *Cook County Sheriff SERgeant*

Place of Employment: *Cook County Department of correction*

B.  Defendant: _____

Title: _____

Place of Employment: _____

C.  Defendant: _____

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: *Eugene Nathaniel Arnold III V. Jennifer Coleman in REM*

B. Approximate date of filing lawsuit: *4/23/24*

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: *NONE*

D. List all defendants: *Judge Jennifer Coleman IN REM Sheriff Thomas J. Dart - IN REM*

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): *United States District court northern Illinois*

F. Name of judge to whom case was assigned: *Honorable Steven C. Seeger*

G. Basic claim made: *Protected person - Hors-De Combat*

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): *Dismissed without prejudice to Be Revisited Later.*

I. Approximate date of disposition: *Tuesday, April 23, 2024 (SEE Exhibit B)*

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Case: 1:24-cv-01461 Document #: 1 Filed: 06/04/24 Page 5 of 17 PageID #:5

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Eugene Nathaniel Arnold III

*(Exhibit B)*

         Plaintiff,

v.

                             Case No.: 1:24–cv–01471

                             Honorable Steven C. Seeger

Jennifer Coleman, et al.

         Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 23, 2024:

     MINUTE entry before the Honorable Steven C. Seeger: On April 9, 2024, this Court denied Plaintiff's application for leave to proceed in forma pauperis because it was incomplete. (Dckt. No. [6]) But the Court gave Plaintiff an opportunity to fix the problem and provide the information, or pay the filing fee. In response, Plaintiff submitted a handwritten filing by "Eugene Nathaniel Arnold III American Indian Hors–de–Combat Protected Person." (Dckt. No. [7]) The filing gave this Court a good feel for his perspective. It began with an ominous but on–point observation: "There seems to be some confusions [sic] to proceed in this Court." Plaintiff went on to lecture this Court about the gold standard, bills of attainder, ex post facto laws, titles of nobility, the Full Faith and Credit Clause, the Prison Litigation Reform Act, the United Nations Declarations of Indigenous Peoples Rights, and other obscure corners of the legal landscape. It doesn't take a lot of interpretive detective work to see that Plaintiff has no intention of complying. Arnold doesn't want to do what he has to do to stay, so he has to go. The complaint is dismissed without prejudice. The case is closed. Civil case terminated. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

NOW comes Eugene Nathaniel Arnold III American Indian HoRs-DE-ComBat protected person Recognized By the United States constitution and the United nation Declarations on the Rights of Indigenous people Treaties. Miss Bufford A Sergeant at Cook County Department of corrections used color of Law unReasonable foRce against my Body alone with 12 other officers. Then They Held my Body in Shackles and chaines in Violation of U.S. Constitution Physical Enslavement for Hours chained to a wall with Depraved indifferance without medical Attention Causing mental, Physical, and emotional Damage in Violation of Title 18 USCA§ 2441. Bufford also furtheRed Threaten to spray me with a Chemical weapon known as o.c. mace without provocation intending to inflict A person who is Illegally prescribed By force Anti - phychotic medication against my will

page 1

4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

further Violating federal Laws Regarding
Violence against Seniors and the mentally
Ill. Please See Videos of incident 5/27/2024
CCDOC. Thomas J. DarT The sheriff Being fully
aware of and concentual To The Depraved
Culture of Actions Taken against A nation
of people who can not Defend Them selves
against Acts of tyranny is Egregious.

The Attorney General of Illinois Kwame Raoul
while Being Derelict in His Duties is ineffective
in The office of Attorney general and is Either
incompetent, or is in serious need of The full
powers and oversight of The federal Government
To Aid supervising all protections owed to This
protected person and others. This protected person
Declares here and now That Illinois Agencies
and institutions By and Through Illinois
officials, officers, Associations, commissions,
and Agents Acting under color of Law Have
knowingly and persistently Denied and
with-Held from This protected person an

page 2

5                                          Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Obligation and Duty of protection of constitutional Laws as to my person and Liberties, within their powers to do so. This protected person says that By and Through Illinois Agents, Officers, Associations, and officials now showing probable Cause for a Criminal Complaint against Illinois Law enforcement and Agencies with prosecutorial powers alleges acts of Illinois State officials, officers, Associations Have Been Deliberately and persisently Ignored. Please See Letter from Illinois State governor J. B. Pritzker (Exhibit A). This protected person Declares That I Have Repeatedly pleaded for protection by my State and Have Been Answered By Repeated Injury Marked By every Act which defines Tyrannical Activity in The public offices of Illinois. In Just one ~~xxxx~~ of These Letters (Exhibit A) He Answered me with A Bold face Lie That He as governor and commander -N- chief of Illinois State Has no Jurisdiction and Authority over His municipal Agencies is Indeed Artifice and

page 3

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Laches To Defraud a constitutionally protected person Layman. BY Governor J. B. Pritzker own words; As The governor and commander -N- chief of Illinois does not Have any Jurisdiction and Authority over His own state and municipal Agencies; then BY Default The federal Government Have a Non- Discretionary Duty to come in on The Behave of The people of Illinois TO Re-Established Order and prevent a Rogue state and Tyrannical Executive Branch from further Misconduct of public officers. If J. B. Pritzker words are found to Be true, then Illinois Attorney general Kwame Raoul Refusal To investigate, also if true violates The code of conduct alledged By me. I Declare That If Acts of State created Dangers Had Been promptly investigated, in good faith, pursuant To The Duties and obligations owed to This protected person would Have made me Less Vulnerable To physical, mental, emotional, and financial distress in flicked on me By Thomas J. Dart

Page 4

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

who while occupying The offce of sheriffs
Has A Legislative Bar Association-membership,
and Legislative pension plan compensation payments
in violations of the supremacy clauses,
violations of Title of nobility (Esquire),
violations of offense of the Law against
nations, violations of title 18, 8 USCA § 1324
Being into Harboring certain protected person
(which is A form of Human trafficking)
for proflt to shareholders. And further
all Bar card membership Association Holder Did
not Register a foreign Agents registration
Application with to Department of Justice.
Accordingly: A United states constitutional
Article I section 9(7) forensic Audit is
Now warrented pursuant To The Governors
own words That He As commander-n-Chief
Has no control of His Agencies. It is clear
That cook county Department of correction Being
one of His Agencies Has Allowed Thomas J. Dart
To unlawfully Hold multiple conflicks of interest
in misconduct of public officer and Attorney

page 5

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

General Kwame Raoul Derelick of Duties owe to me. Refuse to investigate Him and he Entire executive Branch Creating State Dangers for profits To Shareholders without Distribution of Those funds To federal Holdings and Distribution to my Estate from Those escheating to my estate Administrated By The United States Trustees is indeed (Human trafficking) and (A Pleathora of other federal Charges).

page 6

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**V.    Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

My Governor own words Declares He Has no Jurisdiction
on His own State as commander-N-Chief, fraudulent
on it's face and Has Lost control of His Agencies whitch
Means Illinois need federal oversight. So A Department
of Justice Referral for probable cause for Criminal
Complaint Against the Executive Branch Should Be

**VI.**    The plaintiff demands that the case be tried by a jury.  ☐ YES  ☒ NO     continue TO
2nd page

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 28 day of May, 20 2024

Eugene nathaniel Arnold III
Hors-DE-combat protected person
(Signature of plaintiff or plaintiffs)

Eugene nathaniel Arnold III American Indian
(Print name)

2022029019
(I.D. Number)

2700 S. California Ave
P.O. Box 089002 Chicago, Illinois
60608
(Address)

Revised 9/2007
[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Second page from 6

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

"V. Relief:" welcomed BY Him to Aid in Bringing those Rogue Agencies to heel Beening BY His words "Has no Jurisdiction". also A writ for my immedaite Release is warrented Right now Because I Have Been Held Hostage for over 20 months and counting without any talks of Trial, Bonds, or Bail. And Further a Constitutional forensic Audit Article 7 Section 9(7) is warrented Since He Lost control and Removed from His own Jurisdiction. plus Reimbursements with interest shall Be Applied to my Estate Administrated BY the United States trustees for the purpose of Discharge settlement of United States Debts. now not Later.

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]



# OFFICE OF THE GOVERNOR

207 STATE HOUSE
SPRINGFIELD, ILLINOIS 62706

**JB PRITZKER**
GOVERNOR

*Exhibit A*

April 10, 2024

Eugene Arnold III
#20221029019
Cook County Jail
2700 S. California Ave., P.O. Box 089002
Chicago, IL 60608

Greetings,

Thank you for reaching out to the Governor's Office with your concerns. The Governor's Office holds constituent concerns and issues as a top priority.

After a careful review of your letter, it was determined that this issue is outside of the jurisdiction of the Office of the Governor and therefore cannot be processed by this office. The Governor's Office has no jurisdiction over certain municipal agencies or programs. You may, however, contact your city council members, mayor, or county commissioners regarding these matters. If you are seeking legal advice, you may contact the following organizations:

o  **Chicago/Cook County:** *Coordinated Advice and Referral Program for Legal Services* (CARPLS) - (312) 738-9200

o  **Chicago/Cook County:** *LAF* - (312) 341-1070

o  **Northern/Central Illinois:** *Prairie State Legal Services* - (815) 965-1081

o  **Central/East St. Louis/Southern Illinois**: *Land of Lincoln Legal Assistance* - (618) 398-0574 Toll-Free Number: (877) 342-7891

*\*Disclaimer: Inclusion on this list does not constitute an endorsement by the State of Illinois or the Office of the Governor. In addition, please be aware that this is not an exhaustive list of entities that provide low or no-cost legal services.*

Again, thank you for contacting the Governor's Office. If you have more questions, please contact the Governor's Office of Constituent Affairs at (217) 782-0244.

All the best,
Office of Governor JB Pritzker



# OFFICE OF THE GOVERNOR

207 STATE HOUSE
SPRINGFIELD, ILLINOIS 62706

**JB PRITZKER**
GOVERNOR

April 10, 2024

Eugene Arnold III
#20221029019
Cook County Jail
2700 S. California Ave., P.O. Box 089002
Chicago, IL 60608

Greetings,

Thank you for reaching out to the Governor's Office with your concerns. The Governor's Office holds constituent concerns and issues as a top priority.

After a careful review of your letter, it was determined that this issue is outside of the jurisdiction of the Office of the Governor and therefore cannot be processed by this office. The Governor's Office has no jurisdiction over certain municipal agencies or programs. You may, however, contact your city council members, mayor, or county commissioners regarding these matters. If you are seeking legal advice, you may contact the following organizations:

o   **Chicago/Cook County:** *Coordinated Advice and Referral Program for Legal Services* (CARPLS) - (312) 738-9200

o   **Chicago/Cook County:** *LAF* - (312) 341-1070

o   **Northern/Central Illinois:** *Prairie State Legal Services* - (815) 965-1081

o   **Central/East St. Louis/Southern Illinois**: *Land of Lincoln Legal Assistance* - (618) 398-0574 Toll-Free Number: (877) 342-7891

*\*Disclaimer: Inclusion on this list does not constitute an endorsement by the State of Illinois or the Office of the Governor. In addition, please be aware that this is not an exhaustive list of entities that provide low or no-cost legal services.*

Again, thank you for contacting the Governor's Office. If you have more questions, please contact the Governor's Office of Constituent Affairs at (217) 782-0244.

All the best,
Office of Governor JB Pritzker

uger... ...le nathaniel Arnold
SC 22 1029019
2700 S. California Ave
P.O. Box 089002
Chicago, Illinois 60608

Legal Mail

S SUBURBAN IL
30 MAY 2024 PM

usa forever   usa forever

office of
Clerk of The U.S.
District Court
United States CourtHouse
219 South Dearborn Street
Chicago Illinois 60604

06/04/2024-29

-180099

24-cv-4614
Judge Alonso
Magistrate Judge Appenteng
RANDOM/CAT 3/PC 8